IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL MANNING                                                              PETITIONER

vs.                     Civil Case No. 5:09CV00081 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                        RESPONDENT

ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's argument that the petition should be dismissed because he is no longer in custody on the conviction he challenges here; because the petition is untimely; because grounds one and two were waived by his guilty plea and because ground three is procedurally barred. Petitioner may reply to any other issue raised in the Response.

SO ORDERED this 4th day of May, 2009.

_____
United States Magistrate Judge