IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL MANNING                                                    PETITIONER

vs.                Civil Case No. 5:09CV00081 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this petition in its entirety, with prejudice.

IT IS SO ORDERED this 13 day of ___July___, 2009.


_____
UNITED STATES DISTRICT JUDGE