IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


DARRELL MANNING                                          PETITIONER


vs.                 Civil Case No. 5:09CV00081 HLJ


LARRY NORRIS, Director,
Arkansas Department of Correction                        RESPONDENT


<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, it is

CONSIDERED, ORDERED and ADJUDGED that this petition be dismissed in

its entirety with prejudice.

IT IS SO ADJUDGED this __13__ day of __July__, 2009.




_____
UNITED STATES DISTRICT JUDGE